BRINKMAN v. BORDEN'S CONDENSED MILK CO.

(Supreme Court, Appellate Term. January 5, 1911.)

COSTS (§ 277*)—FAILURE TO PAY COSTS—STAY OF SUBSEQUENT ACTION.

Where plaintiff sued in the Municipal Court, and subsequently discontinued the action, and a judgment for costs was rendered against her, and she afterwards began an action in the City Court against the same defendant on the same cause of action, the City Court on motion

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes.

should stay proceedings in that court until plaintiff had paid the judgment for costs rendered against her on discontinuing the case in the Municipal Court.

[Ed. Note.—For other cases, see Costs, Cent. Dig. §§ 1048–1060; Dec. Dig. § 277.*]

Appeal from City Court of New York, Special Term.

Action by Rose Brinkman against the Borden's Condensed Milk Company. From an order of the City Court of the City of New York, denying a motion to stay proceedings until payment by plaintiff of the cost of a prior action, defendant appeals. Order reversed.

Argued before GIEGERICH, BRADY, and GAVEGAN, JJ.

Thomas M. Rowlette, for appellant.

Matthew Radin, for respondent.

PER CURIAM. The defendant moved in the City Court for an order staying proceedings in an action in that court until payment of a judgment against plaintiff for costs rendered in an action in the Municipal Court in favor of the defendant. In the Municipal Court the action was between the same parties and for the same cause of action, and the plaintiff discontinued and a judgment for costs was rendered against her. The motion should have been granted. Murphy v. Mundorff (Appellate Term, October, 1910, not yet officially reported) 125 N. Y. Supp. 624.

Order reversed, with $10 costs and disbursements, and motion granted.